No. 82–704. CLEVELAND ELECTRIC ILLUMINATING CO. *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Appeal

from Sup. Ct. Ohio dismissed for want of properly presented federal question.